| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DAVID DWAYNE CASSADY | 5:14-CV-25(MTT) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| STEVEN D. HALL | CIVIL SERVICE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
STEVEN D. HALL

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Lamar County Jail, 121 Roberta Dr., Barnsville, GA 30204

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID DWAYNE CASSADY
GDC434646
JOHNSON STATE PRISON
PO BOX 344
WRIGHTSVILLE, GA 31096

| | |
|---|---|
| Number of process to be served with this Form-285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
s/ Cheryl M. Alston, Deputy Clerk     ☒ PLAINTIFF     ☐ DEFENDANT

TELEPHONE NUMBER: 478-474-8383
DATE: May 6, 2014

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 20
District to Serve No. 20
Signature of Authorized USMS Deputy or Clerk: Jennifer P. Thomas
Date: 5/7/14

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks" the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date: 5/12/14    Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: ☐ Notice/waiver mailed to defendant 5/7/14; waiver signed 5/12/14; received by USMS 5/16/14; returned to clerk of court 5/19/14.

USM 285 (MDGA)

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | | |
|---|---|---|
| David Dwayne Cassady | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 5:14-CV-25 |
| Steven D. Hall | ) | |
| *Defendant* | ) | |

US MARSHALS SERVICE
MIDDLE GEORGIA
2014 MAY 16 AM 11:09

## WAIVER OF THE SERVICE OF SUMMONS

To: David Dwayne Cassady
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 05/07/2014, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 5-12-14

*Signature of the attorney or unrepresented party*: Steven Douglas Hall

Steven Douglas Hall
*Printed name of party waiving service of summons*

Steven Douglas Hall
*Printed name*

121 Roberta Dr. Barnesville GA 30204
*Address*

*E-mail address*

*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.