IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DAVID DWAYNE CASSADY,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-25 (MTT) |
| **STEVEN D. HALL,** | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Stephen Hyles recommends denying the Plaintiff's motion to amend (Doc. 41) because "the statute of limitations has expired and the amended complaint does not relate back" pursuant to Fed. R. Civ. P. 15(c). (Doc. 45 at 5). The Plaintiff has objected to the Recommendation. (Doc. 46). Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objections and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, the Recommendation is **ADOPTED** and made the order of this Court. The Plaintiff's motion to amend (Doc. 41) is **DENIED as futile**.

**SO ORDERED,** this 6th day of January, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT