IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

Filed at 5:41 P.M. 4/4/2016
Deputy Clerk U.S. District Court
Middle District of Georgia

| | |
|---|---|
| DAVID DWAYNE CASSADY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-25(MTT) |
| STEVEN D. HALL, | ) |
| Defendant. | ) |

## VERDICT

1. On the claim of plaintiff David Cassady against defendant Steven Hall for violation of the 42 U.S.C. § 1983, we, the undersigned jurors, find in favor of (check one):

    Plaintiff David Cassady ✓

    Defendant Steven Hall _____

If you found in favor of plaintiff David Cassady, then go to the next questions:

2. Should plaintiff David Cassady be awarded compensatory damages against defendant Steven Hall to compensate for physical and emotional injuries? _____ (Yes) or No

    If your answer to Number 2 is "Yes," in what amount?
    $ 150,000

3. Should punitive damages be assessed against defendant Steven Hall? _____ (Yes) or No

If your answer to Number 3 is "Yes," in what amount?
$ 50,000

**SO SAY WE ALL, this** 4 **day of April, 2016**