IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID DWAYNE CASSADY, | * |
| Plaintiff, | * |
| v. | Case No. 5:14-CV-25-MTT-MSH |
| | * |
| STEVEN D. HALL and KEITH EUTSEY, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's [19] Order dated August 8, 2014, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing Defendant Keith Eutsey from this case. Plaintiff shall recover nothing of Defendant Keith Eutsey.

Pursuant to the jury verdict dated April 4, 2016 as to Defendant Steven D. Hall and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Plaintiff in the amount of $150,000.00 compensatory damages and in the amount of $50,000.00 in punitive damages against Defendant Steven D. Hall.  The amounts shall accrue interest from the date of entry of judgment at the rate of 0.62 % per annum until paid in full.  Plaintiff shall also recover costs of this action from Defendant Steven D. Hall.

This 5th day of April, 2016.

David W. Bunt, Clerk

s/ Cheryl M. Alston, Deputy Clerk