IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DAVID DWAYNE CASSADY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-25 (MTT) |
| STEVEN D. HALL, | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Stephen Hyles recommends denying the Plaintiff's motion for garnishment (Doc. 68). Doc. 84. The Plaintiff has objected to the Recommendation. Docs. 85; 94.[1] Pursuant to 28 U.S.C. § 636(b)(1), the Court has considered the Plaintiff's objections and has made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, the Recommendation is **ADOPTED** and made the order of this Court, and the motion for garnishment (Doc. 68) is **DENIED**.

**SO ORDERED,** this 2nd day of February, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Magistrate Judge originally erroneously styled his Recommendation an Order. Doc. 84. The Plaintiff noticed appeal, and the Eleventh Circuit dismissed the appeal for lack of jurisdiction because the Magistrate Judge's Recommendation had not been rendered final by the Court. Docs. 88; 93.